UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61106-CIV-DIMITROULEAS/SNOW

RICHEMONT INTERNATIONAL SA,
CARTIER INTERNATIONAL A.G., and
VAN CLEEF & ARPELS SA,

      Plaintiffs,

vs.

THE INDIVIDUAL, UNINCORPORATED
ASSOCIATION OR BUSINESS ENTITY OF
UNKNOWN MAKEUP DOING BUSINESS
AS MARRISA & CO, *et al.*,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION
## TO TAKE EXPEDITED DISCOVERY

THIS CAUSE is before the Court upon Plaintiffs' *Ex Parte* Motion for Leave to Take Expedited Discovery (the "Motion") [DE 7]. The Court has carefully considered the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion [DE 7] is hereby **GRANTED**;

2.     Plaintiffs are authorized to immediately issue subpoenas to, and depose only as necessary, Instagram, LLC, Pinterest, Inc., WhatsApp Inc., Western Union Financial Services, Inc., and any financial institutions identified through the Subpoenas authorized herein. The discovery sought shall be reasonably limited to information and documents likely to assist in determining the name and service address of the Defendant and identifying assets sought to be restrained.

1

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 18th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record